Filed 10/29/24  P. v. Vega CA4/2

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FOURTH APPELLATE DISTRICT

## DIVISION TWO

|  |  |
|---|---|
| THE PEOPLE, |  |
| Plaintiff and Respondent, | E083956 |
| v. | (Super.Ct.No. INF053543) |
| MANUEL VEGA, | OPINION |
| Defendant and Appellant. |  |

APPEAL from the Superior Court of Riverside County.  Gregory J. Olson, Judge. Dismissed.

Richard L. Fitzer, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

On November 30, 2006, a jury found defendant and appellant Manuel Vega guilty of assault with a deadly weapon with great bodily injury (Pen. Code, § 245, subd. (a)(1),

1

count 1);[1] residential robbery (§ 211, count 2) with an enhancement that he personally used a knife in the commission of the robbery (§ 12022, subd. (b)(1)); and one count of residential burglary (§ 459, count 3) with an allegation that another person, other than an accomplice, was present in the residence (§ 667.5, subd. (c)(21)). The court thereafter found true allegations that defendant had suffered three prior strike convictions (§§ 667, subds. (c) & (e)(1) & 1170.12 subd. (c)(1)), two prior serious felony convictions (§ 667, subd. (a)), and two prior prison terms (§ 667.5, subd. (b)). The court sentenced defendant to 35 years to life; the court struck the prior prison term enhancements.[2] (*Vega*, *supra*, E041953.)

Defendant appealed. This court affirmed the judgment in part. However, this court directed the trial court to vacate its finding that defendant had suffered a prior serious felony conviction for battery with great bodily injury and remanded the matter for retrial on that issue and to resentence defendant accordingly. (*Vega*, *supra*, E041953.)

On remand, the People moved the court to strike the prior serious felony conviction. The court struck the enhancement and resentenced defendant to imprisonment for 30 years to life.

On April 23, 2024, defendant filed a request for relief pursuant to Assembly Bill No. 600 and section 1172.1, which the court denied on May 6, 2024.

---

[1] All further statutory references will be to the Penal Code unless otherwise indicated.

[2] We take judicial notice of this court's unpublished opinion in *People v. Vega et al.* (May 2, 2008, E041953) (*Vega*), from defendant's appeal of the judgment. (Evid. Code, § 459.)

2

Counsel has filed a brief under the authority of *People v. Delgadillo* (2022) 14 Cal.5th 216 (*Delgadillo*), setting forth a statement of the case and requesting that we independently review the record for error.

We gave defendant the opportunity to file a personal supplemental brief. We noted that if he did not do so, we could dismiss the appeal; nevertheless, he has not filed one. Under these circumstances, we have no obligation to independently review the record for error. (*Delgadillo*, *supra*, 14 Cal.5th at pp. 224-231.) Rather, we dismiss the appeal. (*Id*. at pp. 231-232.)

## DISPOSITION

The appeal is dismissed.

NOT TO BE PUBLISHED IN OFFICIAL REPORTS

McKINSTER
Acting P. J.

We concur:

MILLER
J.

FIELDS
J.